Minutes of the United States District Court
Southern District of California
February 11, 2008

| HON. ANTHONY J. BATTAGLIA | DEPUTY CLERK: J. JARABEK |
|---|---|

TAPE NO. AJB08-1; 13:49-13:52; 15:01-15:08

| 08MJ375-AJB | USA | vs. | FERNANDO SICAIROS JR. - (C) |

INITIAL APPEARANCE
ON OUT OF DISTRICT COMP

JENNIFER COON, FEDERAL DEFENDERS

AUSA: FRED SHEPPARD

DOA: 2/8/08

DFT'S FIRST APPEARANCE; DFT INFORMED OF CHARGES

DFT ADMITS IDENTITY

DFT ORALLY WAIVES REMOVAL/ID HRG ON RECORD

DEFENDANT'S REQUEST FOR O/R BOND - DENIED

COURT SETS BOND AT $1,000 P/S

WARRANT OF REMOVAL TO BE FILED BY THE GOVERNMENT ON 2/12/08

DEFENDANT IS ORDERED TO APPEAR IN THE CENTRAL DISTRICT OF CALIFORNIA WITHIN FOURTEEN (14) DAYS OF RELEASE FROM THE SOUTHERN DISTRICT OF CALIFORNIA

10