FILED

2008 FEB 12  PM 12: 29

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    )     Magistrate Case No. **08MJ0375**
              Plaintiff,              )
                            )     **ORDER OF REMOVAL**
    vs.                                      )     **(Defendant Not in Custody)**
                            )
**FERNANDO SICAIROS JR.,**                   )
              Defendant.              )

    A violation notice #F3926704, was issued December 19, 2007, in the Central District of California, charging defendant **FERNANDO SICAIROS JR.** with an unauthorized fire, in violation of C.F.R.261.52(A). Defendant **FERNANDO SICAIROS JR.** was arrested on February 8, 2008, in the Southern District of California, pursuant to the out of district arrest warrant related to said violation notice. Defendant **FERNANDO SICAIROS JR.** then posted a criminal bond and waived an identity hearing pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure. Therefore,

    IT IS HEREBY ORDERED that defendant **FERNANDO SICAIROS JR.**, report to Central California Pretrial Services, 312 North Spring Street, Los Angeles, California 90012, 14 days after release, for further proceedings.

    Dated: 2/12/08

                           **HONORABLE ANTHONY J. BATTAGLIA**
                            United States Magistrate Judge
                            **Southern District of California**